*Morehead v. State,* 556 So. 2d 523 (Fla. 5th DCA 1990) is a controlling [\*\*5] decision in this case. In *Morehead,* this court held that in order to prove an attempt crime, some actual overt step must be taken or an act in furtherance of committing the crime must be done. The overt act must reach far enough towards accomplishing the attempted crime as to amount to commencement of consummation of the crime. *Morehead* at 524-25. The overt act must go beyond preparation and planning. *Rogers*; *Thomas*; *State v. Coker,* 452 So. 2d 1135, 1136-37 (Fla. 2d DCA 1984).

In *Morehead,* the defendant was charged with attempting to escape from the Tomoka Correctional Institute. The state relied on two acts of preparation to establish attempt: the defendant cut his hand to obtain medical treatment off prison grounds, with the plan that his girlfriend would meet him with a gun and help him escape; and he caused a confederate to slip him a gun in the prison, for use in another planned escape effort. The girlfriend and the gun never materialized. This court held that the defendant's escape plans and efforts to implement them did not progress beyond mere preparation and thus did not constitute attempted escape.

In this case, we do not think the proven conduct [\*\*6] undertaken by Duke reached the level of an overt act leading to the commission of sexual battery as required by section 777.04(1). He discussed sexual acts with "Niki," he intended to commit them with Niki, he planned an occasion where he could carry out those acts, and he arrived at a prearranged meeting point. But we conclude that is not enough to constitute an attempt to commit a sexual battery. We note the difficulty in policing the Internet, and the challenges the cyber world poses to preventing criminal acts against children. This may be an area the Legislature needs to address specifically.

Accordingly, we quash the order granting a new trial and direct that a judgment of acquittal be entered.

Order QUASHED; REMANDED for Entry of Judgment of Acquittal.

GRIFFIN, C.J., concurs.

HARRIS, J., concurs and concurs specially with opinion.

**CONCURBY: HARRIS**

**CONCUR:**

## HARRIS, J., concurring specially: Case No. 96-3339

I concur with Judge Sharp that an attempt to commit sexual battery was not proved in this case. It is difficult to see how, under *Morehead v. State,* 556 So. 2d 523 (Fla. 5th DCA 1990), an attempt to commit sexual battery could occur when the victim [\*\*7] was not even present. An attempt is not a "one crime fits all facts" offense. But that does not mean that Florida is helpless to protect our children from adult predators. It is a federal offense to cross a state line for the purpose of having sex with a minor. n1 This lends some protection against out-of-state internet predators. It appears that Florida has now criminalized the use of a computer to solicit sex from a minor or from a person believed to be a minor. n2 Unfortunately, this matter arose before the effective date of the new offense. In any event, there must be a limit on the reach of attempts or else the crime of attempt will cease to have meaning.

- - - - - - - - - - - - - - Footnotes - - - - - - - - - - - - - - - -

n1 18 U.S.C. § 2423(b) (1994). *See U.S. v. Young,* 131 F.3d 138 (4th Cir. 1997).

n2 Section 847.0135(3), Florida Statutes (Supp. 1996).


- - - - - - - - - - - End Footnotes- - - - - - - - - - - - -

STATE OF MICHIGAN
6TH JUDICIAL CIRCUIT
OAKLAND COUNTY

JUDGMENT OF SENTENCE
COMMITMENT TO
CORRECTIONS DEPARTMENT

02-183974-FH



ORI: MI-630015J      COURT ADDRESS: 1200 N. TELEGRAPH RD.      PONTIAC, MI 48341

THE PEOPLE OF
THE STATE OF MICHIGAN

V

HANN,GARY,S,
110 BELL STREET
YPSILANTI           MI   48197
CTN                 SID           DOB
63-02-066634-01     2206082A      05/13/49

PROSECUTING ATTORNEY NAME    /   BAR NO   | DEFENDANT ATTORNEY NAME   /   BAR NO
DAVID G. GORCYCA                 P41352   | THOMAS M.,LOEB,               P25913

THE COURT FINDS:

THE DEFENDANT PLEAD / FOUND GUILTY ON 09/20/2002 OF THE CRIME(S) STATED BELOW:

|     | CONVICTED BY |         |                          | CHARGE CODE(S) |
| CNT | PLEA | COURT | JURY | CRIME               | MCL CITATION/PACC CODE |
|-----|------|-------|------|---------------------|------------------------|
| 001 | NC   |       |      | CHILD ABUSIVE COMMERC ACTIV | 750.145C2 |
| 002 | NC   |       |      | CMPTRS/INTERNET TO CMT CRIME | 750.145D2F |

HIV TESTING WAS ORDERED ON 12/06/2002. CONFIDENTIAL TEST RESULTS ARE ON FILE.

IT IS ORDERED:

DEFENDANT IS SENTENCED TO THE CUSTODY OF THE MICHIGAN DEPARTMENT OF
CORRECTIONS. THIS SENTENCE SHALL BE EXECUTED IMMEDIATELY.

|     | SENTENCE   | MINIMUM |     |      | MAXIMUM |      | SENTENCE   | JAIL CR |      |            |
| CNT | DATE       | YRS | MOS | DAYS | YRS | MOS | BEGINS     | MOS | DAYS | OTHER INFO |
|-----|------------|-----|-----|------|-----|-----|------------|-----|------|------------|
| 001 | 12/06/2002 |     | 24  |      | 20  |     | 12/06/2002 |     | 26   | CONCURRENT |
| 002 | 12/06/2002 |     | 24  |      | 20  |     | 12/06/2002 |     | 26   | CONCURRENT |

DEFENDANT SHALL PAY A $60.00 ASSESSMENT FOR THE CRIME VICTIM RIGHTS FUND.
DEFENDANT SHALL PAY A $150.00 ASSESSMENT FOR LAB FEES.

FINES, COSTS, AND FEES NOT PAID WITHIN 56 DAYS OF THE DATE OWED ARE SUBJECT
TO A 20% LATE PENALTY ON THE AMOUNT OWED.

ER: $60 DNA TESTING FEE; COMPLY WITH SEX OFFENDER REGISTRATION
REQUIREMENTS

RECEIVED 03 NOV 26  AM 10: 51

(CONTINUED ON PAGE 002)

COURT FILE

STATE OF MICHIGAN
6TH JUDICIAL CIRCUIT
OAKLAND COUNTY

JUDGMENT OF SENTENCE
COMMITMENT TO
CORRECTIONS DEPARTMENT

CASE NO.

2002-183974-FH

ORI: MI-630015J    COURT ADDRESS: 1200 N. TELEGRAPH RD. PONTIAC, MI 48341

THE PEOPLE OF
THE STATE OF MICHIGAN

V

HANN, GARY, S,
110 BELL STREET
YPSILANTI              MI 48197
CTN              SID       DOB
63-02-066634-01  2206082A  05/13/49

| PROSECUTING ATTORNEY NAME / BAR NO | DEFENDANT ATTORNEY NAME / BAR NO |
|---|---|
| DAVID G. GORCYCA                 P41352 | THOMAS M., LOEB,          P25913 |

(CONTINUED FROM PAGE 001)

DATE: 12/06/2002

JUDGE DEBORAH G. TYNER          P33227

UNDER MCL 769.16A THE COURT CLERK SHALL SEND A COPY OF THIS ORDER TO THE
MICH STATE POLICE CENTRAL RECORDS DIV TO CREATE A CRIMINAL HISTORY RECORD.

I CERTIFY THAT THIS IS A CORRECT AND COMPLETE ABSTRACT FROM THE ORIGINAL
COURT RECORDS. THE SHERIFF SHALL, WITHOUT NEEDLESS DELAY, DELIVER DEFENDANT
TO THE MICH DEPT OF CORRECTIONS AT A PLACE DESIGNATED BY THE DEPARTMENT.

(SEAL)

DEPUTY COURT CLERK

CC 219B JUDGMENT OF SENTENCE, COMMITMENT TO CORRECTIONS DEPARTMENT
OAKLAND COUNTY SHERIFF'S DEPT.

COURT FILE

252386

1

1                        STATE OF MICHIGAN

2        IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

3   THE PEOPLE OF THE STATE OF MICHIGAN,

4   vs.                    Case No. 02-183-974-FH

5   GARY STEVEN HANN,

6           Defendant.

7   _____/

8                      SENTENCE

9             Proceedings had in the above-entitled matter

10  before HONORABLE DEBORAH TYNER, Circuit Court Judge, Oakland

11  County, Pontiac, Michigan, on Friday, December 6, 2002.

12  APPEARANCES:

13        OAKLAND CNTY PROS ATTY'S OFFC.
          1200 North Telegraph
14        Pontiac, MI 48341
            (By: Kimberly Brown)
15
             Appearing on behalf of the People.
16
          THOMAS M. LOEB
17        24724 Lahser Road
          Southfield, MI 48034 - 6044
18
            Appearing on behalf of Defendant.
19

20

21

22

23  Court Reporter: Debra L. Finch
                   CSR 5702

24

25

I N D E X

WITNESSES                                                           PAGE

- - -

E X H I B I T S

Number                    Description                              Page

1                            Pontiac, Michigan

2                            Friday, December 6, 2002

3                    ---   --   ---

4           THE CLERK: Calling from Page 1

5 for Sentencing, People verses Gary Hann. Case Number

6 02-183-974-FH.

7           MS. BROWN: Good morning, your

8 Honor, Kimberly Brown appearing on behalf of the People.

9           MR. LOEB: Thomas Loeb, on behalf

10 of the Defendant.

11           MS. BROWN: Judge, I'd like the

12 Court to be aware that Sergeant Duke (ph) and Detective

13 Hamm (ph) and Detective Otkowski (ph), all from the

14 Oakland County Sheriff's Department are here today for

15 Sentencing.

16           THE COURT: Why do I need to bee

17 aware of that?

18           MS. BROWN: I just wanted the Court

19 to be aware they're here.

20           THE COURT: Are you indicating that

21 they want to speak or something?

22           MS. BROWN: No.

23           They're interested in the case, and

24 I wanted the Court to be aware that they're here.

25           THE COURT: So noted.

4

1   　　　　　　　MS.　BROWN:　We're ready to go

2   forward with Sentencing.

3   　　　　　　　THE COURT:　Go ahead please.

4   　　　　　　　MR.　LOEB:　Thank you.

5   　　　　　　　Judge, I filed a Sentencing

6   Memorandum.　And I pointed out in the memorandum, which

7   I'm sure the Court read that I had not had the benefit of

8   the report at the time I drafted it.

9   　　　　　　　I reviewed the report.　I've

10  discussed it with Mr.　Hann, he's looked at it also.

11  There's one factual statement that I think because of

12  it's absence in the report makes the report inaccurate.

13  　　　　　　　The report suggest that Mr.　Hann

14  joined Nonvala (ph), I believe in 1994.　But the report

15  fails to note that he voluntarily quit the organization

16  in 1996.　I believe because of the nature of this case

17  and of that organization of that significance, that I

18  would ask that that language be added before this report

19  makes its way to the Department of Corrections.

20  　　　　　　　THE COURT:　All right.

21  Ms.　Dykma please take care of that.

22  　　　　　　　PROBATION:　Yes, your Honor.

23  　　　　　　　MR.　LOEB:　We have a dispute as to

24  the sentencing guidelines with respect to one issue only

25  which is the scoring of --

5

1           THE COURT:   Have you talked to

2    Probation about this and the Prosecutor?

3           MR.   LOEB:   I told the Prosecutor

4    that we contested --

5           THE COURT:   You need to speak to

6    Probation.   Pass.

7                * * *

8           THE CLERK:   Recalling from Page 1

9    for Sentencing.   People v.  Gary Hann, Case Number

10   02-183-974-FH.

11          MS.   BROWN:   Good morning again,

12   your Honor.   Kimberly Brown, on behalf of the People.

13          MR.   LOEB:   Thomas Loeb, on behalf

14   of the Defendant.

15          THE COURT:   All right.

16   What is the dispute?

17          MR.   LOEB:   The dispute is involving

18   the guidelines, specifically the 2001 addition at Page

19   31, OV 10 --

20          THE COURT:   Just a minute.

21   Go ahead.

22          MR.   LOEB:   Thank you, Judge.

23          OV 10 on Page 31 is scored by the

24   Government as 15 points for exploitation of a vulnerable

25   victim because of a claim that predatory conduct was

1    involved, we believe that's improper scoring.

2                  With that scoring the guidelines

3    scores would be from 30 to 50 months, without that

4    scoring it would be from 24 to 40 months. We believe

5    that's improper because this was a sting operation and

6    there was no victim.  The fact that there was no victim

7    is reflected at Page 2 of the presentence --

8                  THE COURT:  I spent a lot of time on

9    this file, I understand what lead up to the arrest.

10                All right.  What's the Prosecutor's

11    position?

12                MS.  BROWN:  Judge I believe the

13    Probation Department correctly scored that variable at

14    15 points.  The fact that there was no actual victim is

15    irrelevant.  This particular variable goes toward scoring

16    the Defendant's pre-offense conduct.  And factual

17    impossibility is not a defense to the crime, it's not a

18    defense to the scoring of this variable.

19                People v Thousand, it's a Michigan

20    Supreme Court case, says it's not.  There is no

21    impossibility defense in these kinds of cases, in these

22    types of situations.

23               And People v Crow, which is a

24    federal case, 154 Fed 3rd, 229, it's a 1998 case, with

25    very similar facts, indicated that legal impossibility is

7

1  not a defense to the crime, it's not a defense to the

2  scoring of this variable because this variable goes

3  toward the pre-offense conduct.

4                    THE COURT:  Well I'm going to have

5  to read the cases, because I'm not familiar with them.

6  So you'll have to brief it then.  I don't have the books

7  in front of me, nobody had it in the Sentencing

8  Memorandum that I read, or any discussion of the issue.

9  So if you want me to consider the cases then I'm going to

10 have to review the cases.  Okay, so we'll have to come

11 back next week.

12                    MS.  BROWN:  Very well.

13                    MR.  LOEB:  Judge, I don't think I

14 can get a brief done between now and Friday.

15                    THE COURT:  You don't need a brief,

16 a citation.  I mean I can read the cases myself.  What

17 citation do you want, just give me a citation.

18                    Don't give it to me now, put it on a

19 piece of paper okay?

20                    MR.  LOEB:  No.  This is the

21 Government's copy, I received this today, but I'm happy

22 to provide it to you, because I know Kimberly can give me

23 another one and then --

24                    THE COURT:  Well don't you want a

25 counter-citation?

1               MR.   LOEB:   I will have to read

2       this, sure.

3               THE COURT:  Okay.

4       All right.  So you can't have it to me by next week?

5               MR.   LOEB:   I can try, Judge, but I

6       don't know how my schedule is, I can't guarantee.

7               THE COURT:  Okay.

8               Well then I'm going to go ahead and

9       start your client's incarceration so he gets some jail

10      credit, because he's going to go to jail one way or the

11      other.

12              But, you know, I don't want to keep

13      delaying it.  But I do need to look at the law, you can't

14      just site cases to me without a brief, I actually read

15      them.

16              MS.   BROWN:   I understand.

17              THE COURT:  Good.  I'm glad you do.

18              MS.   BROWN:   I didn't know that he

19      was going to be challenging the variables.

20              THE COURT:   I thought you

21      understood, okay?  Have a seat.  And next time I'll

22      read the cases, and you won't have to so much okay?

23              MR.   LOEB:   Judge, I have to leave

24      at noon.  I have no control over my schedule today.

25              THE COURT:  You know what, who's

9

1    running the courtroom here?  I'm doing the best I can to

2    accommodate everybody.  Have a seat, okay, and we'll see

3    what we can do to accommodate your schedule and everyone

4    else's in the courtroom.

5              Call the next case.

6              *  *  *

7              THE COURT:  People v Hann,

8    02-183-974-FH.

9              MS.  BROWN:  Kimberly Brown, on

10   behalf of the People.

11             MR.  LOEB:  Thomas Loeb, on behalf

12   of the Defendant.

13             THE COURT:  All right.

14             I've reviewed your two cases.

15   The Crow case is a Texas case.  I'm not going to consider

16   Texas law for these purposes.  People v Thousand case,

17   465 Mich 149 doesn't really address the guideline issue.

18             What else do you have to say on this

19   issue, if anything?

20             MR.  LOEB:  Judge, my argument would

21   be that -- and you rightly noted that Thousand does not

22   deal with this issue.  The fact that impossibility may

23   not be a defense to a charge in conviction is an entirely

24   different issue than for sentencing purposes what the

25   appropriate guidelines scoring should be.

1    As I understand the burden of proof

2  is the proponent of the guideline that has to convince

3  this Court by a preponderance that the scoring is

4  correct.

5    I do not believe that this

6  particular OV is properly scored. Because if you look at

7  OV 10 on Page 31, the scoring is 15 points because of an

8  allegation of predatory conduct.

9    THE COURT: All right.

10    Do you have anything else from the

11  Prosecutor's Office.

12    MS. BROWN: Nothing further than

13  what I've already stated.

14    THE COURT: Okay.

15    I agree with the Defense in this

16  case. The instruction note two is one that's applicable.

17  "Predatory conduct means pre-offense conduct

18  directed at a victim for the primary purpose

19  of victimization."

20    While I understand from the facts in

21  this case that it can be argued that there was

22  victimization, and I, in fact, agree there was

23  victimization, I don't know that the primary purpose was

24  that. I think it was one for sexual satisfaction on the

25  Defendant's part. For that reason I am not finding the

11

1    scoring appropriate, due to the language "primary

2    purpose."

3                    Okay.  So what does that do to the

4    guidelines?

5                    MR.  LOEB:  That changes it from

6    30 to 50 months on the minimum score to 24 to 40 months

7    on the minimum score.

8                    THE COURT:  24 to?

9                    MR.  LOEB:  40 months.

10                   THE COURT:  Okay.  What other

11   guideline issues, if any?

12                   MR.  LOEB:  I have no other

13   guideline issues.

14                   THE COURT:  Okay.

15   Let's go to Sentencing then.

16                   MR.  LOEB:  Judge, this was a <u>Cobb's</u>

17   plea of no more than 30 months on the minimum.  I did

18   file an extensive memorandum.  We are asking the Court to

19   consider a downward departure.  And I've set out various

20   reasons which I'm prepared to argue.

21                   But to shortcut things I would also

22   ask the Court to consider, if it's not willing yet, to

23   consider a downward departure to exercise its discretion

24   under the Delayed Sentencing Law and allow Mr.  Hann to

25   spend, say 10 or 11 months in the Oakland County Jail so

1     that he can continue with his treatments with Dr.

2     Miller.  And then we could come back then, and if the

3     Court needed an update, I would be happy to provide it.

4                    We cited People v Babcock, which

5     does hold that the fact that a Defendant in a case, in

6     a sex crime case, is receiving therapy and doing well at

7     it, is a valid and objective reason for a downward

8     departure, and I think that we can demonstrate that.

9                    I believe that Dr.  Miller's

10    extensive 25 page report which I did include,

11    demonstrates that Mr.  Hann is not only an excellent

12    candidate for such a program, but is, in fact, doing very

13    well in the program.

14                    THE COURT:  Thank you.

15                    MS.  BROWN:  Judge I don't believe

16    that there's any substantial or compelling reason to

17    deviate downward.  I would ask the Court to abide by the

18    Cobb, even though the guidelines have been reduced and

19    still impose the sentence of 30 months to 45 years.

20                    THE COURT:  Thank you.

21    Anything to say on this?

22                    PROBATION:  No.

23                    THE COURT:  Mr.  Hann, what would

24    you like to say to me, if anything?

25                    DEFENDANT HANN:  Thank you, your

1      Honor. Briefly I would like to thank the Court it's

2      attention to this case. And I would like to say that I

3      am sincerely sorry for the actions I have taken, and

4      which I take responsibility for, and the embarrassment

5      that I caused my family and the people of Michigan and

6      Oakland County.

7              Your Honor, I'm grateful, very

8      grateful, there was no victim. I have learned a great

9      deal about myself in the last eight months. This is the

10     time anything like this has happened, and it will have

11     been the only time.

12             Your Honor, I've completed all the

13     requirements and directives that this Court has given me

14     and appearances and so forth. I have sincerely and

15     voluntarily sought extensive treatment.

16             And I wanted to point out to you,

17     your Honor, and you probably have this, but in the last

18     four months I've attended 29 SAA (ph) meetings

19     voluntarily, and doing well with those as well.

20             Dr. Miller has been stated that my

21     chance of relapse is extremely low, and I scored zero on

22     the guideline scale.

23             And finally, your Honor, I'd like to

24     point out I do have a number of medical issues which also

25     require treatment that might be better served if I wasn't

14

1      incarcerated as extensively as the Prosecution is asking,

2      and I thank this Court for all it's efforts.

3               MR.   LOEB:   Judge, I would also

4      point out Mr.  Hann's family is present, his brother and

5      sister are present in the courtroom.  He does have strong

6      family support.

7               THE COURT:   Mr.  Hann, I've spent a

8      great deal of time studying your file.  Your attorney

9      filed a very extensive memorandum and psychological

10     report, I would say the most detailed psychological

11     report I think I I've ever seen as a sitting Judge, and

12     that's been a long time at this point.  I've seen a lot

13     of reports.

14              I am distressed on so many levels by

15     what I've read about you.  You had and have so many more

16     opportunities than by far the majority of people who

17     appeared before me as far as your family support, your

18     education, your intelligence.

19              I think that you have some mental

20     illness issues that have interfered with you proceeding

21     along the path that you had begun.  You made some

22     extremely poor choices, and based on your intelligence

23     level, I can't see that they were made out of ignorance,

24     I think they were made out of choice.  Now why you chose

25     to go along that path is a very complicated issue as the

1   Psychologist pointed out, and it can't be answered in a
2   few words in the short time I have up here speaking to
3   you.

4               I have many, many considerations to
5   weigh when I impose Sentence and I take them very
6   seriously.  Safety of the community.  Your chance of
7   rehabilitation.  You know, recidivism concerns.
8   Responsibility on your part for your actions, all of
9   which I have to weigh.  And based on what I've learned
10  about you I cannot say that there is a valid reason for
11  me to deviate below the statutory guidelines.

12              And I, as a sitting Judge, am
13  compelled to Sentence somebody within the guidelines
14  unless I find a valid reason to deviate, and I just don't
15  see it in this case.

16              So I will go below the Cobbs, in
17  that I think that the guideline argument is a valid one,
18  it's the guidelines that are currently drafted, and I
19  will sentence you to the bottom of the guidelines, which
20  is 24 months, but I am not going below the guidelines
21  for the reasons I've just said.

22              Therefore, your Sentence is 24
23  months to 20 years with the Department of Corrections,
24  credit for 26 days.  Sixty dollars for the crime victim's
25  fee, $150 forensic fee, $60 for DNA Testing.  I am

16

1   ordering HIV Testing, and you are to comply with the

2   sex offender registration requirements.

3               Sentence is being imposed for the

4   reasons stated on the record, and the reasons contained

5   within the guidelines.  And I do hope that you get the

6   therapy that you need while you're with the Department of

7   Corrections, because you have too much going for you to

8   throw your life away.  Good luck to you.

9                    MR.   LOEB:   Thank you, your Honor.

10                   MS.   BROWN:   Thank you, your Honor.

11                   (Proceedings concluded)

12                      —  —  —

13

14

15

16

17

18

19

20

21

22

23

24

25

17

R E P O R T E R ' S     C E R T I F I C A T E

            I do hereby certify that I have
recorded stenographically the proceedings had and
testimony taken in the above-entitled matter at the time
and place hereinbefore set forth, and that the foregoing
is a full, true and correct transcript of the proceedings
had in the above-entitled matter; and I do further
certify that the foregoing transcript has been prepared
by me or under my direction.

Debra L.   Finch
Certified Shorthand Reporter - 5702


Dated:   February 17, 2003

252386

1               STATE OF MICHIGAN

2       IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

3

4       ------------------------------------

5       PEOPLE OF THE STATE OF MICHIGAN,

6                       Plaintiff,

7

8               -vs-                    No:   02-183974-FH

9       Gary Hahn,

10                      Defendant.

11      -~----------------------------------

12                      Proceedings had and

13      testimony taken before HONORABLE DEBORAH G. TYNER, Judge of

14      the Sixth Judicial Circuit of Michigan, on Friday, September

15      20, 2002, at Pontiac, Michigan.

16      APPEARANCES:

17                              MR. MATTHEW MARTIN, ESQ.,

18                                  On behalf of the Plaintiff,

19

20                              MR. THOMAS WOLF, ESQ.,

21                                  On behalf of the defendant.

22

23

24

25

26      RALPH W. COLLINS JR.,
        Official Court Reporter
27      CSR-0187



1           Pontiac, Michigan

2           Friday, September 20, 2002

3                   —    —    —

4           THE CLERK:  Calling from page three for pre-

5    trial, People vs. Gary Hahn, case number 02-183974-FH.

6           MR. WOLF:  Thomas Wolf on behalf of the de-

7    fendant.   May we approach?

8           THE COURT:  Yes.

9                   (Short conference.)

10          THE COURT:  All right.  You're requesting a

11   Cobb agreement to no more than 30 months as the minimum

12   sentence.  I will agree to that.  Please raise your right

13   hand to be sworn.

14                  (Defendant sworn.)

15          THE COURT:  You're requesting a no contest

16   plea due to civil liability.

17          MR. WOLF:  Correct.

18                  EXAMINATION

19   BY THE COURT:

20   Q     State your name?

21   A     Gary Steven Hahn, 53.

22   Q     Can you read, write, and understand the English lan-

23   guage?

24   A     Yes.

                            2

1   Q      Can you hear and understand me?

2   A      Yes.

3   Q      Could you hear and understand your attorney?

4   A      Yes.

5   Q      Are you satisfied with the advice of your attorney?

6   A      Yes.

7   Q      Do you understand you are pleading no contest to the

8   offense of child sexual abusive activity and communicating

9   with another on the internet to commit a crime?

10  A      Yes.

11  Q      The most time you can get is 20 years, understand?

12  A      Yes.

13  Q      The full extent of the Cobb agreement being in the

14  event I feel it necessary to incarcerate you greater than 30

15  months, as the minimum sentence, you will be permitted to

16  withdraw your plea, do you understand?

17  A      Yes.

18  Q      And there is no plea agreement to reduce or dismiss any

19  charge, understood?

20  A      Yes.

21  Q      Do you understand you have a right to have your own

22  lawyer represent you from start to finish, including trial,

23  sentence, and I will appoint a lawyer for you if you cannot

24  afford a lawyer of your choice?

3

1    A    Yes.

2    Q    Do you understand you have to a trial by jury or by

3    the judge without a jury, if the prosecutor and I agree?

4    A    Yes.

5    Q    Do you understand that throughout the trial, you are

6    presumed innocent until the prosecutor proves your guilt

7    beyond a reasonable doubt?

8    A    Yes.

9    Q    Do you understand you have a right to have all the

10    witnesses against you appear at trial, to have your lawyer

11    ask the witnesses questions, and to have me order any

12    witnesses you might have to appear at trial?

13    A    Yes.

14    Q    Do you understand that you don't have to testify at

15    trial, no body can say anything about your not testifying or

16    hold it against, you; on the other hand, you have the right

17    to testify at trial if you want to testify?

18    A    Yes.

19    Q    Do you understand that if I accept your  plea, you will

20    not have a trial of any kind, and you will be giving up all

21    the rights that I've told you about, including any claim

22    that the plea was a result of promises and threats that were

23    not disclosed to the court and it was not your choice to

24    plead?

4

1    A    Yes.

2    Q    Do you understand that any appeal from the conviction

3    and sentence following this plea will be by application for

4    leave to appeal and not by right?

5    A    Yes.

6    Q    Do you understand that a plea means you have a convic-

7    tion and can be used against you in the future?

8    A    Yes.

9    Q    Do you understand that if you are on probation or

10   parole, this plea could affect your probation or parole

11   status?

12   A    Yes.

13   Q    Has anyone threatened you to get you to plead?

14   A    No.

15   Q    Is it your own choice to plead?

16   A    Yes.

17   Q    This occurred in Pontiac?

18   A    Yes.

19            THE COURT:   Is everybody stipulating to that?

20            MR. MARTIN:   Yes.

21            MR. WOLF:   Yes.

22            THE COURT:   I've been handed exhibit one which

23   is a police report.   Are you both stipulating that contains

24   a sufficient factual basis?

1          MR. MARTIN:  People stipulate.

2          MR. WOLF:  Yes.

3          THE COURT:  Are you both satisfied I've com-

4     plied with the court rules?

5          MR. MARTIN:  Yes.

6          MR. WOLF:  Yes.

7          THE COURT:  Court finds the plea to be

8     understanding, accurate, and voluntary.  I'll accept the

9     plea.  I'm ordering DNA testing and December 6th, is the

10    sentence date.

11                              (matter concluded.)

12                    —      —      —

6

1

CERTIFICATION OF REPORTER

2

3

4     STATE OF MICHIGAN

5     COUNTY OF OAKLAND

6

7

8                    I    hereby   certify that   the   above

9     and   foregoing   transcript  is a true  and   accurate   computer

10    transcription   of my stenographic notes, as taken before   me

11    on   the   date  and time  indicated in   the   transcript   hereto

12    attached.

13

14

15

16

17

18

19

20                                    _____
                                      RALPH W.  COLLINS JR.
21                                    Official Court Reporter
                                      CSR-0187
22

23

24

25

26    E:ZIP2/HAHN1.MOT

27

November 12, 2003

Mr. G. William Caddell
Oakland County Clerk, Sixth Circuit Court
1200 N. Telegraph Road, Dept. 413
Pontiac, MI  48341-0413

RE: URGENT NEED FOR PAGES NINE AND OVER, DOCKET REPORT, Case No. 2002-183974-FH,
**People v. Hann**

Dear Mr. Caddell;

        I am filing an Appeal with the Court of Appeals, which is due in the next
few days.  I already possess the first NINE PAGES of the above referenced
document (which covers activity through 12/6/02).

        Therefore, could I respectfully request that you send me page TEN AND ANY
SUBSEQUENT PAGES of the Docket Report (covering activity from 12/20/02 onward)
in my criminal case.  Enclosed is $5 toward the cost of the documents, please
notify me if there are any additional charges.

Thank you,

/ s /

Gary S. Hann #431007
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI  49201

PROOF OF SERVICE: Properly addressed US Mail, given to ARUS at 3PM on Wednesday,
November 12, 2003:  _g sit_

age: 1 Document Name: untitled

```
JCC040-2      OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL      01/03
PAGE NO: 001 OF 010    DOCKET DISPLAY - IMAGE RETRIEVAL              09:46
NEXT PAGE: 002
                                                              ACT: 04/18/2
                                                              DISP: 09/20/2
CASE NO: 2002 183974 FH        PEOPLE            ATTY: DAVID G. GORCYCA
                               VS
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,             LOEB,THOMAS M

  BO 04/18/2002 NOTICE FROM COURT ADMINISTRATOR FILED
  BO 04/18/2002 PROSECUTORS ORDER 02-66634
  BO 04/18/2002 ARRESTING AGENCY: OAKLAND COUNTY SHERIFF'S DEPT.
  BO 04/18/2002 50   DISTRICT COURT SL45376A&B
  BO 04/18/2002 CENTRAL TRACT 63-02-066634-01
  BO 04/18/2002 STATE ID 2206082A
  BO 04/18/2002 DATE OF OFFENSE    /  /
  BO 04/18/2002 ARRAIGNMENT - FRI, 04262002 AT 0830AM
  BO 04/18/2002 EXAM FOR 04/18/02 WAIVED
  BO 04/18/2002 SOCIAL SECURITY NUMBER: 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
  BO 04/18/2002 DATE OF BIRTH: 051349
  BO 04/18/2002 750.145C2        CHILD ABUSIVE COMMERC ACTIV

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):    FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

2:06-cv-13478-NGE-MKM  Doc # 45-7  Filed 03/02/07  Pg 31 of 40  Pg ID 1442

age: 1 Document Name: Untitled

```
JCC040-2        OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL
PAGE NO: 002 OF 010     DOCKET DISPLAY - IMAGE RETRIEVAL
NEXT PAGE: 003
                                                          ACT: 04/18/2
                                                          DISP: 09/21/2
CASE NO: 2002 183974 FH        PEOPLE          ATTY: DAVID G. GORCYCA
                               VS
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,          LOEB,THOMAS M
```

```
BO  04/18/2002    BOUND OVER AS CHARGED
BO  04/18/2002  750.145D2F        CMPTRS/INTERNET TO CMT CRIME
BO  04/18/2002    BOUND OVER AS CHARGED                            C
BO  04/18/2002  CONDITIONS ON BOND
BO  04/18/2002  BOND POSTED BY: NOT FURNISHED                      C
BO  04/18/2002               CITY UNKNOWN                          E
BO  04/18/2002        TYPE: CASH SURETY
BO  04/18/2002        AMOUNT:    $60,000
 _   04/19/2002  NTC CT ADMN FILED
 _   04/19/2002  REQUEST FOR ATTORNEY/REIMBURSEMENT FILED          N
 _   04/22/2002  AFFIDAVIT/PROOF OF SERVICE FILED                  C
     04/29/2002  DATE ASSIGNED FOR APPEARANCE FOR 020531 P  08 30 AM P
                                                                   A
```

```
ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):    FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

Date: 1/3/ 3 Time: 09:44:35 AM

age: 1 Document Name: untitled

```
JCC040-2         OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL
PAGE NO: 003 OF 010      DOCKET DISPLAY - IMAGE RETRIEVAL            01/03
NEXT PAGE: 004                                                      09:46
                                                            ACT: 04/18/2
CASE NO: 2002 183974 FH        PEOPLE                        DISP: 09/20/2
                               VS                       ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,
                                                        LOEB,THOMAS M

   08 04/26/2002 PRE-TRIAL HELD
   08 04/26/2002 ARRAIGNMENT IN COURT PT 5/31/02
   _    05/01/2002 DISTRICT COURT RETURN FILED
   _    04/30/2002 SURETY BOND FILED 60,000/ABILITY BAIL BONDS
   _    05/13/2002 GEN INFO FILED
   _    05/17/2002 REQUEST FILED PEOPLES FOR DISC
        05/31/2002 DATE ASSIGNED FOR APPEARANCE FOR 020712 P  08 30 AM
   08 05/31/2002 PRE-TRIAL HELD PT  7/12/02
   _    06/03/2002 NOTICE FILED SUB ATTY
   _    06/03/2002 APPEARANCE FILED /REQ SPEEDY TRIAL
   _    06/03/2002 ORDER FILED SUB ATTY
   _    06/03/2002 REQUEST FILED PEOPLES FOR DISC

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):     FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

Page: 1 Document Name: untitled

```
UCC040-2              OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL        01/__
PAGE NO: 004 OF 010        DOCKET DISPLAY - IMAGE RETRIEVAL                    09:__
NEXT PAGE: 005
                                                                    ACT: 04/18/__
CASE NO: 2002 183974 FH       PEOPLE                                DISP: 09/20/__
                              VS                             ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER       HANN,GARY,S,
                                                            LOEB,THOMAS M
```

```
     06/26/2002 MOTION PRAECIPE FILED FOR 020703
  _  06/26/2002 NOTICE OF HEARING FILED                                          N
  _  06/26/2002 AFFIDAVIT/PROOF OF SERVICE FILED                                 N
  _  06/26/2002 MOTION FILED TO MODIFY CONDITIONS OF BAIL                        N
  _  06/28/2002 PEOPLES RESP FILED TO MTN TO MOD CONDITIONS OF BOND              F
  08 07/03/2002 DEFENSE MOTION MOD COND OF BOND GRTD; ELIMINATE DRUG/            F
     07/03/2002    ALCOHOL TESTING & COMPUTER USE ALLOWED W/RESTRICTIONS         L
  _  07/12/2002 ORDER FILED MODIFY COND OF BAIL
  08 07/12/2002 PRE-TRIAL HELD PT  8/23/02                                       C
     07/16/2002 DATE ASSIGNED FOR APPEARANCE FOR 020823 P  08 30 AM              F
     08/26/2002 DATE ASSIGNED FOR APPEARANCE FOR 020920 P  08 30 AM              A
  08 08/23/2002 PRE-TRIAL HELD PT 9/20/02                                        A
                                                                                 P
ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):     FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

Date: 1/3/ 3 Time: 09:44:37 AM

Page: 1 Document Name: untitled

```
JCC040-2          OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL      01/03
PAGE NO: 005 OF 010      DOCKET DISPLAY - IMAGE RETRIEVAL                09:46
NEXT PAGE: 006
                                                                ACT: 04/18/2
CASE NO: 2002 183974 FH      PEOPLE                             DISP: 09/20/2
                             VS                       ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER      HANN,GARY,S,
                                                      LOEB,THOMAS M

   08 09/20/2002 FINAL DISPOSITION
   08 09/20/2002 PLEA NOLLO, S 12/6/02
   08 09/20/2002 DNA ORDERED
   _  09/23/2002 ORDER FOR DNA FILED
   _  09/27/2002 PETITION FOR PSI FILED /DAMORE
   JS 12/06/2002 SENTENCED ON: 12/06/02
   JS 12/06/2002 FOUND GUILTY ON: 09/20/02
   JS 12/06/2002 DEPARTMENT OF CORRECTIONS
   JS 12/06/2002 750.145C2      CHILD ABUSIVE COMMERC ACTIV
   JS 12/06/2002      SENTENCED - CONVICTED BY PLEA  NC
   JS 12/06/2002      MIN:   0 YEARS  24 MONTHS   0 DAYS
   JS 12/06/2002      MAX:  20 YEARS   0 MONTHS

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):     FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

Date: 1/3/ 3 Time: 09:44:38 AM

ge: 1 Document Name: ( titled

```
CC040-2        OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL      01/03/
PAGE NO: 006 OF 010       DOCKET DISPLAY - IMAGE RETRIEVAL            09:46:
NEXT PAGE: 007                                                  ACT: 04/18/20
                                                               DISP: 09/20/20
CASE NO: 2002 183974 FH        PEOPLE                       ATTY: DAVID G. GORCYCA
                               VS
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,                     LOEB,THOMAS M

   JS 12/06/2002        BEGINNING 12/06/02
   JS 12/06/2002        CREDIT FOR    0 MONTHS    26 DAYS
   JS 12/06/2002        CONCURRENT
 · JS 12/06/2002 750.145D2F    CMPTRS/INTERNET TO CMT CRIME              C
   JS 12/06/2002        SENTENCED - CONVICTED BY PLEA   NC
   JS 12/06/2002        MIN:   0 YEARS   24 MONTHS    0 DAYS
   JS 12/06/2002        MAX:  20 YEARS    0 MONTHS
   JS 12/06/2002        BEGINNING 12/06/02
   JS 12/06/2002        CREDIT FOR    0 MONTHS    26 DAYS
   JS 12/06/2002        CONCURRENT
   JS 12/06/2002 VICTIMS RIGHTS FEE $60
   JS 12/06/2002 LAB FEE $150                                           V
                                                                       L

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):      FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

age: 3 Document Name: Untitled

```
JCC040-2          OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL      01/0
PAGE NO: 007 OF 010    DOCKET DISPLAY - IMAGE RETRIEVAL                   09:40
NEXT PAGE: 008
                                                                   ACT: 04/18/2
CASE NO: 2002 183974 FH        PEOPLE                              DISP: 09/20/2
                               VS                          ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,
                                                              LOEB,THOMAS M

   JS 12/06/2002 OTHER: $60 DNA TESTING FEE; COMPLY WITH SEX OFFENDER-
   JS 12/06/2002           REGISTRATION
   JS 12/06/2002           REQUIREMENTS
   JS 12/06/2002 HIV TESTING WAS ORDERED ON 12/06/02
   JS 12/06/2002 END OF SENTENCE INFORMATION                            F
      12/06/2002 SENTENCING INFORMATION REPORT FILED                    E
 —    12/06/2002 ORD/PTN EVALUATE SENTENCE FILED                        S
 —    12/06/2002 PEOPLES EXHIBIT NO.1 FILED                             C
   08 12/06/2002 SENTENCE IN FRONT OF TYNER                             P
 —    12/09/2002 JUDGMENT OF SENTENCE FILED                             S
      12/10/2002 ORDER FOR HIV TESTING FILED                            J
   JS 12/06/2002 SENTENCED ON: 12/06/02                                 H
                                                                        S

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):     FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

Page: 1 Document Name untitled

```
JCC040-2          OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL      01/0
PAGE NO: 008 OF 010       DOCKET DISPLAY - IMAGE RETRIEVAL               09:46
NEXT PAGE: 009
                                                                ACT: 04/18/2
CASE NO: 2002 183974 FH        PEOPLE                            DISP: 09/20/2
                               VS                        ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,
                                                         LOEB,THOMAS M

    JS 12/06/2002 *** AMENDED ***
    JS 12/06/2002 FOUND GUILTY ON: 09/20/02
    JS 12/06/2002 DEPARTMENT OF CORRECTIONS
    JS 12/06/2002 750.145C2      CHILD ABUSIVE COMMERC ACTIV
    JS 12/06/2002    SENTENCED - CONVICTED BY PLEA  NC
    JS 12/06/2002    MIN:   0 YEARS  24 MONTHS    0 DAYS
    JS 12/06/2002    MAX:  20 YEARS   0 MONTHS
    JS 12/06/2002    BEGINNING 12/06/02
    JS 12/06/2002    CREDIT FOR    0 MONTHS   26 DAYS
    JS 12/06/2002    CONCURRENT
    JS 12/06/2002 750.145D2F     CMPTRS/INTERNET TO CMT CRIME
    JS 12/06/2002    SENTENCED - CONVICTED BY PLEA  NC

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):      FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

Page: 1 Document Name: untitled

```
JCC040-2         OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL    01/03
PAGE NO: 009 OF 010    DOCKET DISPLAY - IMAGE RETRIEVAL                09:46
NEXT PAGE: 010
                                                              ACT: 04/18/2
                                                              DISP: 09/20/2
CASE NO: 2002 183974 FH        PEOPLE
                               VS                        ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,
                                                              LOEB,THOMAS M

   JS 12/06/2002        MIN:   0 YEARS  24 MONTHS   0 DAYS
   JS 12/06/2002        MAX:  20 YEARS   0 MONTHS
   JS 12/06/2002        BEGINNING 12/06/02
   JS 12/06/2002        CREDIT FOR   0 MONTHS   26 DAYS
   JS 12/06/2002        CONCURRENT
   JS 12/06/2002 VICTIMS RIGHTS FEE $60
   JS 12/06/2002 LAB FEE $150
   JS 12/06/2002 OTHER: $60 DNA TESTING FEE; COMPLY WITH SEX OFFENDER-
   JS 12/06/2002        REGISTRATION
   JS 12/06/2002        REQUIREMENTS; JUDGMENT AMENDED TO DELETE HIV -
   JS 12/06/2002        ORDER PROVISION
   JS 12/06/2002 END OF SENTENCE INFORMATION

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):      FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

Page: 1 Document Name: Untitled

```
JCC040-2          OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL        11/18/0
PAGE NO: 010 OF 011    DOCKET DISPLAY - IMAGE RETRIEVAL                    11:21:2
NEXT PAGE: 011
                                                                 ACT: 04/18/200
CASE NO: 2002 183974 FH        PEOPLE                            DISP: 09/20/200
                               VS                         ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,
                                                          LOEB,THOMAS  M

   _   12/20/2002 JUDGMENT OF SENTENCE FILED AMD
   _   01/29/2003 ORDER CRT APPTD ATTY FILED                              J'
   _   01/29/2003 NOTICE OF TIMELY APPEAL FILED                           CA
   _   01/29/2003 DISBURSEMENT AUTHORIZATION FILED                        N'
   _   01/29/2003 AFFIDAVIT/PROOF OF SERVICE FILED                        O'
   _   02/14/2003 CERTIF CT REPORTER FILED                                PC
   _   02/28/2003 TRANSCRIPT FILED SENTENCE 12/6/02                       CC
   _   03/04/2003 TRANSCRIPT FILED PROCEEDINGS  09/20/02                   TH
   _   02/28/2003 NOTICE FILED FILING TRN                                  TH
       06/23/2003 MOTION PRAECIPE FILED FOR 030702                         N'
   _   06/20/2003 MOTION FILED TO W/DRAW COUNSEL                           MI
   _   06/23/2003 NOTICE OF HEARING FILED                                  M'
                                                                          NC
ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):    FEES(Y):
MORE RECORDS TO DISPLAY,ENTER KEY TO CONTINUE
```

COURT OF APPEALS
LANSING OFFICE
SANDRA SCHULTZ MENGEL
CHIEF CLERK

2005 DEC 18 PH 2: 30

Page: 1 Document Name: untitled

```
JCC040-2          OAKLAND COUNTY CLERKS OFFICE - G. WILLIAM CADDELL      11/18/0
PAGE NO: 011 OF 011      DOCKET DISPLAY - IMAGE RETRIEVAL                 11:21:2
NEXT PAGE: 01
                                                                ACT: 04/18/200
CASE NO: 2002 183974 FH        PEOPLE                           DISP: 09/20/200
                               VS                       ATTY: DAVID G. GORCYCA
JUDGE: DEBORAH G. TYNER        HANN,GARY,S,
                                                        LOEB,THOMAS M

  08 07/02/2003 MOTION TO W/DRAW AS APPELLATE COUNSEL GRTD
 _   06/30/2003 ANSWER FILED MTN COUNSEL W/DRAW/DFT                          M
 _   07/02/2003 ORDER FILED W/DRAWAL                                         AN
 _   08/05/2003 AFFIDAVIT/PROOF OF SERVICE FILED                            OF
               LAST OF CASE DATA                                            PC
```

ENTER KEY FOR NEXT PAGE, OR ENTER REQUESTED PAGE NO.
ATTYS(Y):    FEES(Y):
ALL RECORDS HAVE BEEN DISPLAYED FOR THIS CASE

ate: 11/18/ 3 Time: 11:20:37 AM